UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MATTER OF THE APPLICATION OF BANCO DE LOS TRABAJADORES FOR AN ORDER TO TAKE DISCOVERY UNDER 28 U.S.C. § 1782<br><br>          Applicant. | Case No. _____<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Petition and Application, together with the accompanying Memorandum of Law, Declaration of Michael A. Fernández, sworn to on May 9, 2023, and its attached exhibits, and all other evidence the Court deems appropriate, Petitioner Banco de los Trabajadores ("Bantrab") respectfully petitions this Court, at a date and time to be determined by the Court, for an order under 28 U.S.C. § 1782 granting Bantrab leave to serve a subpoena on Standard Chartered Bank International (Americas) Ltd., a corporation located in New York, New York.

Dated: May 9, 2023

                                              Respectfully submitted,

                                              **RIVERO MESTRE LLP**

                                              By: s/ Jorge A. Mestre
                                              JORGE A. MESTRE
                                              2525 Ponce de Leon Boulevard, Suite 1000
                                              Miami, Florida 33134
                                              Telephone: (305)-445-2500
                                              Fax: (305) 445-2505
                                              Email: jmestre@riveromestre.com

                                              MICHAEL A. FERNÁNDEZ
                                              565 Fifth Avenue, 7th Floor
                                              New York, NY 10017
                                              Telephone: (212) 880-9451
                                              Email: mfernandez@riveromestre.com
                                              Email: receptionist@riveromestre.com

**CERTIFICATE OF SERVICE**

    I certify that on May 9, 2023, I electronically filed this notice with the Clerk of the Court using CM/ECF.

s/ Jorge A. Mestre
JORGE A. MESTRE
