UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MATTER OF THE APPLICATION OF BANCO DE LOS TRABAJADORES FOR AN ORDER TO TAKE DISCOVERY UNDER 28 U.S.C. § 1782<br><br>Applicant. | Case No. 23-mc-00163 |

**ORDER ON PETITION AND APPLICATION TO TAKE DISCOVERY FROM STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD. UNDER 28 U.S.C. § 1782**

THIS CAUSE comes before the Court on Applicant Banco de los Trabajadores' ("Bantrab") petition and application for an order to take discovery under to 28 U.S.C. § 1782 and the Federal Rules of Civil Procedure (the "Application"). The court, having considered the Application and being otherwise fully advised, finds that it satisfies the statutory requirements of § 1782 and that each of the four discretionary factors set forth in *Intel Corp v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247-48 (2004) weighs in favor of granting the Application.

Accordingly, the court ORDERS that: Bantrab's application for authorization to take discovery is GRANTED. Bantrab is authorized, under 28 U.S.C. § 1782(a), to seek discovery from Standard Chartered Bank International (Americas) Ltd. ("Standard Chartered") under the Federal Rules of Civil Procedure by issuing and serving the proposed subpoena *duces tecum* (annexed to the Declaration of Michael A. Fernández as Exhibit A). This order is entered without prejudice to the rights of Standard Chartered to move to quash or to assert that the Application was improperly granted in response to any motion to compel compliance.

IT IS SO ORDERED, this  19th  day of May 2023.

LEWIS J. LIMAN
United States District Judge